RECEIVED IN OFFICE OF
SARAH ALLISON THORNTON
CLERK OF COURT

OCT 08 2009

UNITED STATES DISTRICT COURT
BOSTON, MASSACHUSETTS

Anthony Keyter
6200 Soundview Drive, R201
Gig Harbor, WA, 98335
Tel: (253) 853-3859

October 5, 2009

THE JUDGES, et al.
US DISTRICT COURT
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MA 02210

**09 CA 11700 NMG**

<u>ATTENTION: THE JUDGES ET AL., INCLUDING:</u>
CHIEF JUDGE WOLF, JUDGE GERTNER, JUDGE TAURO MAP, JUDGE PONSOR, JUDGE ZOBEL GAO, JUDGE O'TOOLE, JUDGE YOUNG, JUDGE SAYLOR, JUDGE WOODLOCK, JUDGE GORTON REK, SENIOR JUDGE KEETON, JUDGE STEARNS, SENIOR JUDGE HARRINGTON, JUDGE LINDSAY, SENIOR JUDGE LASKER, JUDGE SARIS, JUDGE NEIMAN, JUDGE ALEXANDER, JUDGE DEIN, JUDGE COLLINGS LTS, JUDGE SOROKIN, JUDGE BOWLER, JUDGE HILLMAN, CLERK OF COURT SARAH ALLISON THORNTON.

### Re: Criminal Charges Concerning a Seditious Conspiracy Within the United States Courts and Government herewith filed with You

My correspondence of March 20, 2009, and eleven previous communications on the topic of seditious conspiracy within the United States Courts and Government, refers. (Copies of those communications can be re-dispatched upon your request).

Judicial corruption associated with the seditious conspiracy continues to be evidenced in the United States Supreme Court, presently in the proceedings of a combined appeal case against the companies Boeing, Ford, and Air India. The Supreme Court Justices have fraudulently failed to docket the case and have thereby illegitimately obstructed the due process of law. They have also willfully failed to address the *ongoing murder plot* which gives rise to the claims, and failed to deal with the criminal case which underpins the combined appeal case against Boeing, Ford, and Air India. In perpetrating these crimes, the Supreme Court Justices have enjoyed the cooperation and sanction of President Obama and his Cabinet, and Congressmen of the 111th US Congress.

Additional criminal charges are herewith *filed with you* concerning the seditious conspiracy operating with impunity within the United States Supreme Court and pertaining to the combined appeal case against Boeing, Ford, and Air India Companies. Pursuant your obligations to preserve, protect, and defend the Constitution and its tenets against all enemies foreign or domestic, your peremptory action is sought to address the criminal charges presented herewith and heretofore, and to deal with the seditious conspiracy and insurrection against the laws, which is in full swing within the US Supreme Court and the government of the United States.

You have been fully informed of the seditious conspiracy and the thwarted Supreme Court criminal case *"United States of America vs. 14,164 Seditious Conspirators"*,

which underpins the civil claims against Boeing, Ford, and Air India. Amongst the defendants in this criminal case brought by the United States of America, are the present and former United States Presidents, Members of Congress, and the US Supreme Court Justices. Unmistakably, the federal courts have wrongfully protected the Executive, Congressmen, and Supreme Court Justices, from criminal culpability for misdeeds committed. Consecutively, Congress has protected the Presidents and corrupt judges from impeachment and prosecution. In their turn, Congressmen have enjoyed the protection of the President and the federal courts from culpability for willful failure of peremptory duty to secure law and order.

The evidence presented to you vividly exposes the incestuous relationship between the three branches of United States Government. This undesirable closed loop association, which saturates all levels of the establishment, has fostered (amongst other) crimes of theft of court record, retaliation against a litigant, and attempted kidnap and murder of a prime witness to the corruption – all committed with total impunity. Exhaustive measures have been taken to instigate justice and restitution, and to animate the law enforcement and judicial processes to deal with this deluge of lawlessness amongst officials, but to no avail. None of the crimes have been investigated or prosecuted.
Two sets of standards have developed in the execution of the laws - one set applicable to the general populace, the other applicable to those in authority. Officials who are tasked with administering the laws simply fail to take action against offenders in their midst. This state of affairs is enforced by police, prosecutors, judges, legislators, and executives from every level of government: city, county, state, and federal. The neglect of official duty stretches from the most junior policeman to the chief executive of the nation.

This criminal misconduct by officials engenders a harsh impact upon society and unleashes a definite brand of tyranny upon the populace. That tyranny has been allowed to continue day after day, court after court, administration upon administration (whether Republican or Democrat), has been allowed to escalate into this cataclysmic situation facing the nation today, with its concomitant violent impact upon society. Differently put: the violence of a democratically elected government upon its own people. The maliciousness, callous indifference, and self-interest of officials, has been acutely demonstrated in this extensive affair.

This tyranny wrought upon a hapless populace has enjoyed the sanction and fervent cooperation of: consecutive US Attorney Generals' Ashcroft, Gonzales, Mukasey, Holder, and some 90 US Attorneys and their staff; the Director and agents of the FBI and numerous other law enforcement agencies besides; governors and legislators from every state; state and federal judges from every state including the US Supreme Court; the 110th and 111th United States Congress; and 5 United States Presidents, including Obama, Clinton, Carter, G.W. Bush, and G.H.W. Bush (senior), who, in a meeting at the White House on January 7, 2009, reiterated the ongoing plot to murder the prime witness to what is herewith described.

Unimpeachable physical evidence of the *active kidnap and murder plot* is readily to hand. On September 17, 2009, President Obama and his FAA Administrator, Randolph

2

Babbitt, were requested to call off elements of that plot set in place by the FAA as a ploy during 2006, and active since then. However, both President Obama and FAA Administrator Babbitt have steadfastly refused to abandon their stratagem, demonstrating that the plan to kidnap and murder is still firmly in place and revealing their collaborative role therein.

United States law dictates that if two or more persons conspire to oppose, by force, the authority of the United States, or by force to prevent, hinder, or delay the execution of any law of the United States, they are in violation of the statute on Seditious Conspiracy (18USC2384). The statutes on subversion further dictate that, whoever incites, assists, or engages in any rebellion or insurrection against the authority of the United States, *or the laws thereof*, or gives aid and comfort thereto, is in violation of statute 18USC2383 and shall be incapable of holding any office under the United States.

In addition, each one of the many government officials involved in this insurrection against the laws of the United States, owes allegiance to the United States, and has taken an oath to avow that allegiance. Each of the government officials involved has an individual and undivided collective duty to defend the United States against its enemies, foreign or domestic. Yet, each government official implicated has willfully failed to defend the United States and its people against insurgents from within, who are bent on rebellion against the laws and sedition against the nation.

Each government officer involved has instead given aid and comfort to the insurrection against the laws, and provided protection to known criminals. And every government officer so engaged has committed an unmitigated act of *treason* against the United States. For, the law unambiguously states that whoever, owing allegiance to the United States, levies war against them *or*, adheres to their enemies, giving them aid and comfort within the United States or elsewhere, is guilty of *treason* and shall be incapable of holding any office under the United States (18USC2381). Yet, the seditious officials illegitimately hold office and continue their subversion against the nation with absolute impunity.

Three primary sources of information provide strong evidence of the crimes committed by the seditious conspirators, namely: a) A 2000-page 'Dossier of Crimes'; b) Court proceedings; and c) Correspondence with officials. The *'Dossier of Crimes'* meticulously documents and provides prima facie evidence of crimes committed by each conspirator or groups of conspirators. The dossier has been filed with the US Executive, with Congress, and with the US Supreme Court on several occasions, *and has also been filed with you*.

***Thirty one court cases*** have in vain sought to address different aspects or groupings of the criminal conspiracy. *In every one* of the 31 interrelated court cases, the courts not only failed to deal with the deluge of crimes presented to the court, but actively suppressed the shameful issue. Corrupt state and federal judges, including the justices of the US Supreme Court, lent their powerful support to the government conspirators, joined forces with their aims to obstruct the course of justice and administration of the laws, and denied due process of law in every conceivable way in all 31 court cases. Court documents filed in the 150 fraudulent proceedings of those cases, and theft of many of

those incriminating documents, provide unmistakable evidence of the subversive activities of law-breaking judicial officers. The 31 cases are listed in the latest edition of the 'Dossier of Crimes'.

***Correspondence with officials*** - informing them of the criminal conspiracy against the laws and appealing for the enforcement, administration, and execution of the laws upon the conspirators - provide further clear evidence of the role of malfeasant government officials in the seditious conspiracy and kidnap and murder attempts upon a witness. Perversely, it is the very custodians of the laws, the enforcers, administrators, overseers, and executors of the laws, who are the perpetrators in this far-reaching criminal endeavor, each having solemnly (yet contemptuously) sworn before God and the nation, to "support and defend the Constitution of the United States against all enemies, foreign and domestic…So help me God". Official correspondence, encompassing in excess of 10,000 communications, will be provided as evidence to investigators and to the courts.

Yet, the social order cannot tolerate such lawlessness in society. Good, moral, upright citizens must not sit by idly and watch malfeasant officials commit crime upon crime unopposed - watch the leaders of the nation relegate the constitutional rights and protections to irrelevance. The violations of the nation's laws must be addressed, must be put right, for lest we condone, and by that condoning foster and encourage such iniquitous behavior.

Consequently, I call upon benevolent men and women of reason and of goodwill within the government and the judiciary of the United States, to rally and to labor together in order to change this depraved 'state of the union' - for the sake of our children and a brighter tomorrow. Whether in fact men and woman of character, of honesty and decency, with an inborn respect for their fellow citizens and for the law, are to be found within the government and the courts of the United States of America will be demonstrated by the response to this invocation. Sadly these qualities have not been displayed amongst the 14,535 high-ranking government officials already approached to deal with this deluge of crime unleashed upon American society. The noteworthy responses from the 14,535 officials were attempts to kidnap and murder the petitioner.

Please advise me of what actions *you* have taken, if any, to address the grave criminal charges presented to you herewith and heretofore. Again, failing to hear from you, I will have no option but to accept that you too have no intention of dealing with the anarchy within the government and the courts of the United States of America.

Sincerely,

Anthony Keyter

Enclosures:
Affidavit/ Criminal Complaint filed against Justices of the US Supreme Court
Affidavit/ Criminal Complaint filed against President Obama and Cabinet
Affidavit/ Criminal Complaint filed against Members of the 111th US Congress